IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. PLY
#90422                                                              PLAINTIFF

v.                          No. 5:19-cv-254-DPM

TURNTINE, Nurse; IVERSON, Nurse;
S. SMITH, Sergeant; and DOE,
"Marsha," Lieutenant, Dub Brassell
Detention Center                                                    DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Ply hasn't responded to the Court's 15 August 2019 Order; and the time to do so has passed. № 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

29 October 2019