# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT E. PLY
#90422                                                              PLAINTIFF

v.                              No. 5:19-cv-254-DPM

TURNTINE, Nurse; IVERSON, Nurse;
S. SMITH, Sergeant; and DOE,
"Marsha," Lieutenant, Dub Brassell
Detention Center                                                    DEFENDANTS

## JUDGMENT

Ply's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2019